1  STEVEN W. MYHRE
   Acting United States Attorney
2  Nevada State Bar Number 9635
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   Nevada State Bar Number 10233
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   (702) 388-6503 / Fax: (702) 388-6418
5  phillip.smith@usdoj.gov

6  Attorney for the Plaintiff

7

8                    UNITED STATES DISTRICT COURT
9                         DISTRICT OF NEVADA
10                              -oOo-

11 UNITED STATES OF AMERICA,              )
                                          )   Case No.: 2:17-mj-710-GWF
12            Plaintiff,                   )
                                          )   **ORDER TO UNSEAL CASE**
13      vs.                                )
                                          )
14 URIAH ZAMIR CRAIN, and                 )
   NICOLE ELIZABETH NOWAK,                )
15                                         )
              Defendants.                  )
16 _____

17

        Based on the Motion of the Government, and good cause appearing therefore, IT IS
18
   HEREBY ORDERED that the Complaint filed on July 11, 2017 in the above-captioned case,
19
   along with all subsequent and further proceedings, shall be unsealed.
20
        DATED this ___4th___ day of ___August___, 2017.
21

22 _____
   UNITED STATES MAGISTRATE JUDGE
23

24

                                        2