UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

URIAH ZAMIR CRAIN, et al.,

Defendants.

Case No. 2:17-cr-00325-RFB-VCF

**ORDER**

On November 28, 2017, the defendants appeared before this Court for the calendar call regarding the trial in this case. At the hearing the Court heard what it finds to be credible allegations by the government that Mr. Crain has a.) directed individuals through telephone and other communications to contact and influence potential witnesses in this case and b.) threatened to seriously harm or murder directly through communications witnesses in the upcoming trial. The Court finds that it has no lesser alternative than to restrict Mr. Crain's communications and interactions to his defense counsel and members of his defense team, co-counsel for Ms. Nowak and necessary interactions or communications with employees at the detention facility where he is being held pending trial.

For the reasons identified at the hearing and noted in this Order,

**IT IS HEREBY ORDERED** that U.S. Marshals and the authorities at Nevada Southern Detention Center are directed to prevent defendant Uriah Zamir Crain from communicating in any way with anyone except: a.) defense counsel and members of his defense team, b.) co-counsel for Ms. Nowak in the presence of Mr. Crain's counsel, and c.) employees or agents of the Nevada Southern Detention Center. Defendant Crain shall not be permitted to communicate through

telephone or to interact with anyone, family included, through visits until the trial in this case has been resolved.

**IT IS FURTHER ORDERED** that the Nevada Southern Detention Center and its employees or agents shall prevent defendant Uriah Zamir Crain from interacting with or communicating in any way with other individuals who are detained at the Nevada Southern Detention Center except in cases of a life-threatening emergency.

**IT IS FURTHER ORDERED** that Ms. Telia Williams, counsel for codefendant Nicole Elizabeth Nowak, shall be permitted to speak to Mr. Crain in the presence of his counsel.

**IT IS FURTHER ORDERED** that this Order shall remain in effect until it is rescinded or revised by this Court.

**DATED** this 28th day of November, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE