UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00325-RFB-VCF |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| URIAH ZAMIR CRAIN, *et al.,* | |
| Defendants. | |

On December 5, 2017, Defendant Uriah Zamir Crain appeared before this Court for a status conference/ change of plea in this case. At the hearing Crain pleaded guilty to various offenses. The Court also heard argument regarding modification of its previous [76] Order. For the reasons stated at the hearing,

**IT IS ORDERED** that the Court's previous [76] Order is **VACATED**. This Order will now contain the current and only restrictions on Defendant Uriah Zamir Crain's communications while being detained pending sentencing.

**IT IS FURTHER ORDERED** that Defendant Uriah Zamir Crain shall **NOT** be permitted to communicate in any way with anyone outside of the detention facility except: a.) his defense team and b.) family members who he must identify to the detention facility before communicating with them, unless they are already known to officials at the detention facility.

**IT IS FURTHER ORDERED** that Defendant Uriah Zamir Crain shall be permitted to communicate with and interact with other detainees at the detention facility and need not be segregated from the general population based upon the requirements of this Order.

**IT IS FURTHER ORDERED** that this Order shall remain in effect until it is rescinded or revised by this Court.

**DATED** this 6th day of December, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE