# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00325-RFB-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| URIAH ZAMIR CRAIN, et al., | |
| Defendants. | |

On March 6, 2018, Mr. Crain appeared before this Court on a motion to withdraw his plea in this case. The Court has allowed the Defendant 60 days to submit an expert report in conjunction with this motion.

At a previous hearing in this case and recently, the Court heard what it found to be credible allegations by the government that Mr. Crain has a.) directed individuals through telephone and other communications to contact and influence potential witnesses in this case and b.) threatened to seriously harm or murder directly through communications witnesses who may testify at a trial. The Court finds that it has no lesser alternative than to restrict Mr. Crain's communications and interactions to his defense counsel and members of his defense team.

He can NOT have ANY contact with any other inmate or pretrial detainee until further order of this Court. He must ALWAYS be kept separate from other inmates.

For the reasons identified at the hearing and noted in this Order,

**IT IS HEREBY ORDERED** that U.S. Marshals and the authorities at Nevada Southern Detention Center are directed to prevent defendant Uriah Zamir Crain from **communicating in any way with anyone** except: a.) defense counsel and members of his defense team and b.) employees or agents of the Nevada Southern Detention Center. Defendant Crain shall not be

permitted to communicate through telephone or to interact with anyone, family included, through visits until further ordered by this Court. He may only have visits from his defense counsel or her agents.

**IT IS FURTHER ORDERED** that the Nevada Southern Detention Center and its employees or agents shall prevent defendant Uriah Zamir Crain from interacting with or communicating in **any way at any time with other individuals** who are detained at the Nevada Southern Detention Center except in cases of a life-threatening emergency.

**IT IS FURTHER ORDERED** that Mr. Crain must ALWAYS be transported by himself to and from his court appearances and that while waiting for his court appearance he must be kept isolated.

**IT IS FURTHER ORDERED** that this Order shall remain in effect until it is rescinded or revised by this Court.

**DATED** this 6th day of March, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE