UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00325-RFB-VCF |
| Plaintiff, | **MODIFICATION ORDER** |
| v. | |
| URIAH ZAMIR CRAIN, | |
| Defendant. | |

On June 27, 2018, the Court held an Emergency Status Conference pursuant to Defense counsel's request. For the reasons stated at the hearing,

**IT IS ORDERED** that the Court's previous [116] Order as to Defendant Uriah Zamir Crain's conditions of detention shall be modified only as noted in this Order.

**IT IS FURTHER ORDERED** that a CCA mental health professional shall submit a written status report to the Court by 9:00 a.m., on June 29, 2018 as to Defendant Crain's current mental health status and the extent to which his restrictive conditions of confinement are impacting his mental health. The Report should also include any recommendations (if any) of modifications to Mr. Crain's conditions of confinement that could improve his mental health. The Report shall contain and review medication protocols for Defendant Crain.

**IT IS FURTHER ORDERED** that Mr. Crain shall be required to receive yard/outside time twice per day for at least one hour per yard/outside session.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      **IT IS FURTHER ORDERED** that Defendant Crain shall be permitted to receive from **but not** send correspondence to four individuals: Cynthia Crain, Latroya Crain, Ira Harrison and Mario Sapp. He may not communicate with these individuals by telephone or any other means not identified in this order. He may only **receive** correspondence from them.

      **IT IS FURTHER ORDERED** that this Order shall remain in effect until it is rescinded or revised by this Court.

      **DATED** this <u>27th</u> day of June, 2018.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE