# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>URIAH CRAIN,<br><br>Defendant. | Case No.: 2:17-CR-325 RFB-VCF<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL DETENTION** |

Upon the agreement of the parties, and the Court finding good cause, the prior pretrial detention orders applicable to Uriah Crain are modified **<u>only</u>** as follows:

1. Defense counsel Lisa Rasmussen may meet with Mr. Crain and her other client, inmate Mario Sapp at the same time in the same room on **one** occasion.

2. A joint meeting with Mr. Crain and Mr. Sapp may only take place in the presence of a licensed investigator, licensed in the state of Nevada.

3. Ms. Rasmussen and the investigator are not to discuss any details of any witnesses in Mr. Crain's case, including their names, addresses or any other identifying information.

4. The investigator and defense counsel must affirm to the Court at an <u>ex parte</u> proceeding after this meeting that no witness names, addresses or identifying information was discussed.

**IT IS SO ORDERED.**

Dated: <u>July 17, 2018</u>.



_____
RICHARD F. BOULWARE, II
United States District Judge