# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>URIAH CRAIN,<br><br>Defendant. | Case No.: 2:17-CR-325-RFB-VCF<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL DETENTION** |

Upon the agreement of the parties, and the Court finding good cause, the prior pretrial detention orders applicable to Uriah Crain are modified **only** as follows:

Defendant shall be permitted to communicate with the following family members by telephone and **only** until August 10, 2018:

1. Cynthia Crain, mother
2. Lachoya Crain, sister
3. Ira Harriston, brother.

**IT IS SO ORDERED.**

DATED: July 31, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge