# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>URIAH CRAIN,<br><br>Defendant. | Case No.: 2:17-cr-325-RFB-VCF<br><br>**ORDERCONTINUING AND MODIFYING CONDITIONS OF PRETRIAL DETENTION** |

Upon the agreement of the parties, and the Court finding good cause, the prior pretrial detention orders applicable to Uriah Crain are modified **only** as follows:

Defendant shall be permitted to communicate with the following family members by telephone and **only** until August 24, 2018:

1. Cynthia Crain, mother
2. Lachoya Crain, sister
3. Ira Harriston, brother.

IT IS FURTHER ORDERED that Defense counsel and Cynthia Crain, defendant's mother shall be permitted to visit with defendant together for visits until August 14, 2018 at the detention center.

**IT IS SO ORDERED.**

DATED:  August 10, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge