# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>URIAH CRAIN,<br><br>Defendant. | Case No.: 2:17-cr-325-RFB-VCF<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL DETENTION** |

The previous orders setting the conditions of detention for Uriah Crain shall be modified as follows:

1. The Court removes its prior segregation order and permits Mr. Crain to be returned to the general population, subject to any other protocol the Nevada Southern Detention Center may have for returning an inmate to the general population.

2. Mr. Crain is only authorized to use the telephones to call the following persons:

    a. His Mother, Cynthia Crain

    b. His Sister, LaChoya Crain

    c. His Brother, Ira Harriston

3. Mr. Crain may only use the phone using his own pin number and he shall not be permitted to use the pin or dialing identification number of

any other inmate.

4. Mr. Crain may have visitation in accordance with the normal procedures in place for family visits, but only with his mother, sister and brother listed in paragraph 2.

5. Mr. Crain may receive United States mail, but only from his mother, sister and brother listed in paragraph 2.

6. Mr. Crain is not permitted to have access to email.

7. Mr. Crain is not permitted to send outgoing mail.

This modified order shall remain in place until further order of this Court.

**IT IS SO ORDERED.**

DATED: August 14, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge