UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URIAH ZAMIR CRAIN,<br><br>Defendant. | Case No. 2:17-cr-00325-RFB-VCF<br><br>**ORDER** |

On September 4, 2018, Defendant Uriah Zamir Crain appeared before this Court for Sentencing and disposition in this case.

**IT IS ORDERED** that the Court's prior orders regarding Defendant Uriah Crain's custodial restrictions are **VACATED.**

**DATED** this 5th day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE