# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

UNITED STATES OF AMERICA,

    Plaintiff/Appellee,

v.

URIAH ZAMIR CRAIN,

    Defendant/Appellant

Case No. 2:17-cr-00325-RFB-VCF

ORDER

    IT IS ORDERED that Defendant's Pro Se [194] Motion for Appointment of Counsel for Appeal and Attorney Lisa Rasmussen's [197] Motion to Withdraw as Attorney and to Appoint Appellate Counsel are GRANTED. Ms. Rasmussen will be relieved as attorney of record for Defendant and an Appellate counsel will be appointed to represent Mr. Crain in his appeal before the Ninth Circuit Court of Appeals.

    IT IS FURTHER ORDERED that this matter is referred to the Court Justice Administrator for Appointment of Appellate Counsel for Defendant Uriah Zamir Crain.

    DATED: September 18, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge