```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,      )
                               )   Case No. 2:17-cr-00325-RFB-VCF
            Plaintiff,         )
                               )
      vs.                      )   ORDER TEMPORARILY UNSEALING
                               )   TRANSCRIPT
URIAH ZAMIR CRAIN,             )
            Defendant.         )
_____)
```

Upon the request of James F. Halley, Esq., and good cause appearing:

IT IS HEREBY ORDERED the following transcripts which contains a sealed portion shall be unsealed in order to permit the Court Reporter to prepare transcript of the following hearing and sealed portion: 10/26/17, ECF 58, Status Conference, and 6/27/18, ECF 152, Status Conference.

IT IS FURTHER ORDERED that the Court Reporter shall transcribe the sealed portion of the hearing identified herein and provide a copy of the sealed portion to James F. Halley, Esq.

IT IS FURTHER ORDERED that the transcript portion identified herein shall remain under seal on the public record until further order of this Court, or the Ninth Circuit Court of Appeals.

**DATED** this 8th day of June, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge