AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

USA

        Plaintiffs,

v.

Uriah Zamir Crain

        Defendants.

**FINAL JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-01562-RFB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiff against Defendant. IT IS THEREFORE ORDERED that Defendant Uriah Crains Abridged Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 ECF No. 222 , Amended Abridged Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 ECF No. 247 , and Second Amended Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. 2255 ECF No. 251 are DENIED.

IT IS FURTHER ORDERED that Defendant Uriah Crain is DENIED a Certificate of Appealability.

5/1/2024
Date

DEBRA K. KEMPI
Clerk

/s/ C. Harrington
Deputy Clerk